764 A.2d 19

Alice K. REGESTER, in her own right and as Administratrix of the Estate of George E. Regester, III and Gary W. Regester and George E. Regester, IV and Stephen H. Regester and Patricia J. Regester and Marykay Piergalline and Dolores R. Chandler, Petitioners,

v.

LONGWOOD AMBULANCE COMPANY, INC., and Southern Chester County Medial Center, Respondents.

Supreme Court of Pennsylvania.

Jan. 5, 2001.

## ORDER

PER CURIAM:

AND NOW, this 5th day of January, 2001, the Petition for Allowance of Appeal is hereby granted, limited to the following questions:

a. Assuming, for the sake of argument, that Longwood Fire Company is a local agency under the Political Subdivision Tort Claims Act, whether the decision of Longwood's paramedics to ignore the 911 dispatcher's directions constituted "operation" of a motor vehicle under the vehicle exception to governmental immunity?